IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
SITTING AT NASHVILLE

| | |
|---|---|
| COLUMBIA INSURANCE GROUP ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.: 3:12-CV-01236 |
| ) | |
| GLASSRATER ADVISORY & CAPITAL ) | JUDGE CAMPBELL |
| GROUP, LLC, GLASSRATNER ) | MAGISTRATE JUDGE BROWN |
| MANAGEMENT & REALTY ADVISORS, ) | |
| LLC, AND CHARLES CORLEW, ) | |
| ) | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Columbia Insurance Group, GlassRatner Advisory & Capital Group, LLC, and GlassRatner Management & Realty Advisors hereby stipulate to the dismissal without prejudice of the Complaint for Declaratory Judgment filed by Columbia Insurance Group. To date Charles Corlew has not filed an Answer to the Complaint.

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/ Joseph M. Huffaker
    Joseph M. Huffaker, BPR # 14122
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN  37219
    Phone:  (615) 259-1366
    Fax:  (615) 259-1389
    Email:  jhuffaker@lewisking.com

Attorneys for Plaintiff Columbia Insurance Group

BALCH & BINGHAM, LLP

By: /s/ Christopher F. Heinss
    Christopher F. Heinss, BPR # 23285
    1901 Sixth Ave. North, Suite 1500
    Birmingham, AL  35203-4642
    Phone:  (205) 226-3468
    Fax:  (205) 488-5642
    Email:  cheinss@balch.com

and

Mary Beth Hagan, BPR # 22109
Hagan & Farrar, PLLC
106 North Church Street
Murfreesboro, TN  37130
Phone:  (615) 800-4747
Fax:  (615) 900-3473
Email:  marybeth@haganfarrar.com

Attorneys for Defendants,
GlassRatner Advisory & Capital Group, LLC and
GlassRatner Management & Realty Advisors, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of January, 2013, a copy of the foregoing Stipulation of Dismissal Without Prejudice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Christopher F. Heinss, Esq.    Mary Beth Hagan, Esq.
Balch & Bingham, LLP    Hagan & Farrar, PLLC
1901 Sixth Ave. North, Suite 1500    106 North Church Street
Birmingham, AL  35203-4642    Murfreesboro, TN  37130

Charles Corlew
180 Dan Road
Cunningham, Tennessee, 37052

/s/ Joseph M. Huffaker
Joseph M. Huffaker

2