IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLUMBIA INSURANCE GROUP | ) |
| | ) |
| v. | ) NO. 3-12-1236 |
| | ) JUDGE CAMPBELL |
| GLASSRATER ADVISORY & | ) |
| CAPITAL GROUP, LLC, et al. | ) |

ORDER

The parties have filed a Stipulation of Dismissal Without Prejudice (Docket No. 11), indicating that Plaintiff wishes to dismiss its Complaint for Declaratory Judgment without prejudice. Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE