UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| COLUMBIA INSURANCE GROUP | ) | |
| | ) | |
| v. | ) | NO. 3:12cv1236 |
| | ) | JUDGE CAMPBELL |
| GLASSRATER ADVISORY & | ) | |
| CAPITAL GROUP, LLC, et al. | ) | |
| | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/24/2013.

    KEITH THROCKMORTON, CLERK
    s/Tina M. Webster, Deputy Clerk